UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
MICHELLE GRIMMETT, on her own behalf      :
and on behalf of all others similarly situated,  :
                                          :
                        Plaintiff,        :
                                          :
        -against-                         :     24-CV-5903 (VEC)
                                          :
                                          :          ORDER
DMM SOLUTIONS, INC., and DOES 1-          :
100, Whose Names Are Currently Unknown    :
                                          :
                                          :
                        Defendants.       :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 20, 2024, the parties appeared before the Undersigned via teleconference to discuss a discovery dispute.

IT IS HEREBY ORDERED that, not later than **Friday, November 22, 2024**, Plaintiff must file a letter outlining her position on the issues discussed during the November 20, 2024, teleconference. The letter must not exceed four pages. Defendants' opposition must be filed not later than **Tuesday, November 26, 2024**, and must not exceed four pages.

**SO ORDERED.**

Date: November 20, 2024
      New York, New York

_____
VALERIE CAPRONI
United States District Judge