UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MICHELLE GRIMMETT, on her own behalf
and on behalf of all others similarly situated,

                            Plaintiff,

                  -against-                24-CV-5903 (VEC)

                                                  <u>ORDER</u>

DMM SOLUTIONS, INC., and DOES 1-100, Whose Names Are Currently Unknown

                            Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 20, 2025, the parties filed a Stipulation and Proposed Order, Dkt. 30, to stay this case pending arbitration before the American Arbitration Association.

    IT IS HEREBY ORDERED that Defendant's motion to compel arbitration is DENIED AS MOOT. The Clerk of the Court is respectfully directed to close the open motion at Dkt. 16.

    IT IS FURTHER ORDERED that the parties must file joint letters apprising the Court as to the status of arbitration every six months. The first such letter is due on **Tuesday, July 22, 2025**.

    IT IS FURTHER ORDERED that, not later than 14 days after an award is rendered in the arbitration, the parties must file a joint letter apprising the Court of the award and proposing next steps, if any.

**SO ORDERED.**

Date: January 22, 2025
       New York, New York

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**