# StradleyRonon



Joseph T. Kelleher
Partner
215.564.8034
jkelleher@stradley.com

Suite 2600
Philadelphia, PA 19103
T: 215.564.8000

July 22, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2025

<u>Via ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:   <u>*Michelle Grimmett v. DMM Solutions, et al*</u>, No. 24 Civ 5903 (VEC)

Dear Judge Caproni:

We are counsel for DMM Solutions, Inc. ("DMM") in the above-referenced matter. In accordance with the Court's Order dated January 22, 2025, Dkt. 31, the parties submit this joint letter apprising the Court as to the status of arbitration between the parties.

On February 21, 2025, Michelle Grimmett submitted a demand for arbitration against DMM with the American Arbitration Association (the "AAA"). On May 5, 2025, the AAA initiated a consumer arbitration case under AAA case number 01-25-0001-0591 and set a deadline of May 23, 2025 for DMM to answer Ms. Grimmett's claim. On May 23, 3025, DMM timely submitted its Answering Statement and Counterclaim in the arbitration. An arbitrator has been assigned to the arbitration case, and the initial pre-hearing conference is scheduled for July 30, 2025.

The parties will submit their next six-month status letter to the Court on or before January 22, 2026.

We thank the Court for its attention to this matter.

Respectfully,

Joseph T. Kelleher

cc:   Counsel of Record (via ECF)

Philadelphia, PA • Malvern, PA • Cherry Hill, NJ • Newark, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

6095137

The parties must file a joint status letter proposing next steps for this case (if any) not later than **January 22, 2026, or seven days after an award is issued in the arbitration**, whichever is earlier.

SO ORDERED.

*[Signature]* 7/23/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE